■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY HOLT, Appellant.—Appeal unanimously dismissed (see, People v Lesesne, 172 AD2d 1070, lv denied 78 NY2d 1012). (Appeal from Judgment of Erie County Court, LaMendola, J.—Murder, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.